IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 06-CR-30109-DRH** |
| ) | |
| **JEFFREY D. DODD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant's Motion to Continue Sentencing. (Doc. 17.) The motion is unopposed as long as Defendant complies with the conditions of his bond. The Court, being fully advised in the premises, and for the reasons stated in said motion, **GRANTS** Defendant's motion. (Doc. 17.) The sentencing is now set for May 4, 2007 at 10:30 a.m.

**IT IS SO ORDERED**.

Signed this 16th day of January, 2007.

/s/   David   RHerndon
**United States District Judge**