## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **NO. 06-CR-30109-DRH** |
| ) | |
| **JEFFREY D. DODD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Upon the recommendation of Jane A. Weaver, United States Probation Officer, and the consent of the Government and the Defendant, the Court orders the Defendant to participate in mental health treatment as an additional condition of bond.

**IT IS SO ORDERED**.

Signed this 23rd day of March, 2007.

/s/        David  RHerndon
**United States District Judge**